UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN MOYNIHAN, | Civil No. 07 Civ. 11498 (GBD) |
| Plaintiff, | |
| v. | DEFENDANT DELHI INDUSTRIES INC.'S RULE 7.1 STATEMENT |
| DELHI INDUSTRIES INC., | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Delhi Industries Inc., a defendant in the above-captioned matter, states that Delhi Industries, Inc. is a privately held, Canadian corporation.

/s/ Frank J. DeAngelis
Costantino P. Suriano (CS-4061)
Frank J. DeAngelis (FD-9334)
MOUND COTTON WOLLAN
 & GREENGRASS
Attorneys for Defendant
Delhi Industries Inc.
One Battery Park Plaza
New York, New York 10004
212-804-4200

TO:   Bauman, Kunkis & Ocasio-Douglas, P.C.
      Attorneys for Plaintiff
      14 Penn Plaza, Suite 2208
      New York, New York 10122
      212-564-3555