UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
JOHN MOYNIHAN

                         Plaintiff,

      -against-

DELHI INDUSTRIES INC.,

                         Defendant.

------------------------------------------X

Docket No.: 07-CV-11498

JURY DEMAND

S I R S :

     PLEASE TAKE NOTICE, that plaintiff in the above-entitled action demands a trial by jury.

Dated: New York, New York
       December 28, 2007

                      Yours, etc.,

                      BAUMAN, KUNKIS & OCASIO-DOUGLAS, P.C.

                      By: _____
                      JASON BERNSTEIN, ESQ. (JB 3027)
                      Attorneys for Plaintiff(s)
                      Office & P.O. Address
                      14 Penn Plaza, Suite 2208
                      New York, New York 10122
                      (212) 564-3555

TO:
Mound Cotton Wollan & Greengrass, Esqs.
Attorneys for Defendant(s)
DELHI INDUSTRIES INC.
One Battery Park Plaza
New York, NY 10004
(212) 804-4200

AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK ss.:

CATHY SCHAFFER, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau in the State of New York.

I served a true copy of the annexed Jury Demand on December 28, 2007 by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

Mound Cotton Wollan & Greengrass, Esqs.
Attorneys for Defendant(s)
DELHI INDUSTRIES INC.
One Battery Park Plaza
New York, NY 10004
(212) 804-4200

_____
CATHY SCHAFFER

Sworn to before me December 28, 2007

_____
Notary Public

ROGER M. KUNKIS
Notary Public, State of New York
No. 4954366
Qualified in New York County
Commission Expires August 7, 2008