```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
JOHN MOYNIHAN
                                            Docket No.: CV 07
                      Plaintiff,            11984- 11498

           -against-                        NOTICE OF
                                            APPEARANCE

DELHI INDUSTRIES INC.,

                      Defendant(s).
-------------------------------------------X
```

To:  The Honorable Judges of the United States District Court for The Southern District of New York

PLEASE TAKE NOTICE, that BAUMAN, KUNKIS & OCASIO-DOUGLAS, P.C. has changed its name to BAUMAN & KUNKIS, P.C.

PLEASE TAKE FURTHER NOTICE, that Randolph D. Janis, Esq., of the firm of BAUMAN & KUNKIS, P.C., is now the attorney handling the above set forth action at the firm of BAUMAN & KUNKIS, P.C. His email address is rjanis@bkodlaw.com.

PLEASE TAKE FURTHER NOTICE, that all future inquiries, pleadings correspondence should be sent to the attention of Randolph D. Janis, Esq. at the office of Bauman & Kunkis, P.C., 14 Penn Plaza, Suite 2208, New York, New York 10122 and all notices should be electronically mailed to rjanis@bkodlaw.com.

Dated:     New York, New York
           June 17, 2008

                             Yours, etc.

                             BAUMAN & KUNKIS, P.C.

                  BY: _____
                            RANDOLPH D. JANIS, ESQ. (RJ5583)
                            Attorneys for Plaintiff
                            14 Penn Plaza, Suite 2208
                            New York, New York 10122
                            (212)564-3555

TO:
Mound Cotton Wollan & Greengrass, Esqs.
Attorneys for Defendant(s)
DELHI INDUSTRIES INC.
One Battery Park Plaza
New York, NY 10004
(212) 804-4200

AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK ss.:

CATHY SCHAFFER, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau in the State of New York.

I served a true copy of the annexed Notice on June 17, 2008 by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

Mound Cotton Wollan & Greengrass, Esqs.
Attorneys for Defendant(s)
DELHI INDUSTRIES INC.
One Battery Park Plaza
New York, NY 10004
(212) 804-4200

_____
CATHY SCHAFFER

Sworn to before me June 17, 2008

_____
Notary Public

TATIANA V. ABRAMOV
NOTARY PUBLIC, STATE OF NEW YORK
NO.: 01AB6137152
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES NOVEMBER 14, 2009